ORIGINAL

# In the United States Court of Federal Claims

No. 00-440 C

(Filed March 8, 2004)

FILED
MAR - 8 2004
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * * * *

GPU NUCLEAR, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby **ORDERED** that this case be **TRANSFERRED** to Judge Christine O. C. Miller.

LYNN J. BUSH
Judge