**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GPU NUCLEAR, INC., Plaintiff, | ) |
| v. | ) No. 00-440C<br>) (Judge Christine Miller) |
| THE UNITED STATES, Defendant. | ) |

STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) and (c) of the Rules of the United States Court of Federal Claims, the parties, GPU Nuclear, Inc., and the United States, by their respective attorneys, stipulate to dismiss all of plaintiff's claims, with each party to bear its own costs, expenses, and attorneys fees. Plaintiff and defendant agree that defendant, by agreeing to the voluntary dismissal of this action, is not stipulating to, and is not waiving its right to contest in any other or future action that has been or may be filed, any issue that could have been litigated in this case, including but not limited to the validity of any alleged assignment of plaintiff's claims to Exelon Generation Company, LLC ("Exelon"), Amergen Energy Company, LLC ("Amergen"), or any other third party; the ability of Exelon, Amergen, and/or any other third party to prosecute the claims allegedly at issue in the Complaint in this case in their own name(s); the requirement that plaintiff or its assignee pay the one-time fee required by the Standard Contract; and the Government's liability for its delay in beginning spent nuclear fuel acceptance.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Brad Fagg
Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

of Counsel:
Paul M. Bessette
MORGAN, LEWIS & BOCKIUS, LLP

Attorneys for Plaintiff GPU Nuclear, Inc.

s/ Kevin B. Crawford
Kevin B. Crawford
Trial Attorney
Commercial Litigation Branch,
Civil Division
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
(202) 305-7562 – telephone
(202) 307-2503 – facsimile

Attorneys for Defendant

March 31, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 31st day of March, 2004, the foregoing was filed with the Court electronically, and service is thereby deemed to have been made upon all counsel of record.

s/ Paul Bessette