ORIGINAL

# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**GPU NUCLEAR, INC.,** *

Plaintiff, *

v. * No. 00-440C

**THE UNITED STATES,** * (Filed Apr. 19, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

FILED
APR 20 2007
U.S. COURT OF FEDERAL CLAIMS

## ORDER

William D. Peterson, proceeding *pro se*, lodged a complaint and accompanying materials with the Clerk of the Court on April 17, 2007. These were forwarded to chambers under cover of a Memorandum noting the following defects: 1) pursuant to RCFC 5.1, the Certificates of Service were not attached to each copy; 2) pursuant to RCFC 7(b), the accompanying materials were not attached to each copy; 3) pursuant to RCFC 10(a), the case caption is incorrect, as the cases listed were not consolidated; 4) there was no filing fee provided; and 5) this case is closed. Accordingly,

**IT IS ORDERED**, as follows:

The Clerk of the Court shall return the complaint and accompanying materials unfiled.

**Christine Odell Cook Miller**
Judge